IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| JAKE BRADLEY MCLEMORE, TDCJ No. 1992446, | § § § § | |
| Petitioner, | § § | |
| v. | § § | Civil Action No. 7:19-cv-00046-M-BP |
| LORIE DAVIS, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § § § § § | |
| Respondent. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. McLemore filed objections on December 10, 2019. The District Court reviewed the proposed Findings, Conclusions, and Recommendation *de novo*. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that the Petition for Habeas Corpus, ECF No. 1, is **DISMISSED with prejudice** as time-barred, and the Motion to Stay Petition for Writ of Habeas Corpus, ECF No. 2, and the Motion to Proceed on § 2254 Application, ECF No. 8, are **DENIED as moot**.

**SO ORDERED** this 11th day of December, 2019.

*/s/ Barbara M. G. Lynn*
BARBARA M. G. LYNN
CHIEF JUDGE