IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| JAKE BRADLEY MCLEMORE,<br>TDCJ No. 1992446, | §<br>§<br>§ | |
| Petitioner, | §<br>§ | |
| v. | §<br>§ | Civil Action No. 7:19-cv-00046-M-BP |
| BOBBY LUMPKIN, Director,<br>Texas Department of Criminal Justice,<br>Correctional Institutions Division, | §<br>§<br>§<br>§ | |
| Respondent. | §<br>§ | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On December 6, 2021, the United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case that this Court consider Petitioner's Objections and Motion to earlier Findings, Conclusions and Recommendation as Motions under Fed. R. Civ. P. 59(e) and 60(b), and deny the Motion and Objections. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that the Objections to the Magistrate Judge's Report and Recommendation (ECF No. 43) filed on July 1, 2021, and Motion Requesting the Court to Re-open Time to Issue Objections to the Magistrate's Report (ECF No. 44) filed on October 4, 2021, are **DENIED**.

Considering the record in this case and pursuant to Federal Rule of Appellate Procedure 22(b), a Certificate of Appealability is hereby **DENIED**. For the reasons stated in the Magistrate

Judge's Findings, Conclusions, and Recommendation, Petitioner has failed to demonstrate that jurists of reason would find it debatable whether the Objections and Motion state a valid claim of the denial of a constitutional right. *See Slack v. McDaniel*, 529 U.S. 473 (2000).

    **SO ORDERED** this 4th day of January, 2022.

                              _____
                              BARBARA M. G. LYNN
                              CHIEF JUDGE